Case 08-70526   Doc 51   Filed 04/30/10   Entered 04/30/10 13:38:56   Desc Main
                         Document      Page 1 of 11

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: ORTIZ, JOSE ANTONIO, JR. § Case No. 08-70526
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on February 26, 2008. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $        9,209.07

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 7.23 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $        9,201.84 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

6. The deadline for filing claims in this case was 07/10/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,670.91. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,670.91, for a total compensation of $1,670.91. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/28/2010            By: /s/BERNARD J. NATALE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-70526  **Trustee:** (330370) BERNARD J. NATALE
**Case Name:** ORTIZ, JOSE ANTONIO, JR.  **Filed (f) or Converted (c):** 02/26/08 (f)
 **§341(a) Meeting Date:** 03/27/08
**Period Ending:** 04/28/10  **Claims Bar Date:** 07/10/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Hazelwood Belvidere, IL 61008 (Debtor's Fee Simp | 180,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Elgin, IL 60123, SURRENDER | 178,000.00 | 2,461.00 | DA | 0.00 | FA |
| 3 | CHECKING ACCOUNT W/THE BELVIDERE BANK | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | BOOKS, COMPACT DISCS, TAPES/RECORDS | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | NECESSARY WEARING APPAREL | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | EARRINGS. WATCH, COSTUME JEWELRY | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | TERM LIFE INSURANCE - NO CASH SURRENDER VALUE | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | TAX REFUND  (u) | 0.00 | 10,533.00 | | 9,200.00 | FA |
| 10 | TMCC - 2003 TOYOTA MATRIX W/37,000 MILES | 9,700.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1998 CHEVROLET METRO W/98K MILES | 2,775.00 | 575.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 9.07 | Unknown |
| 12 | **Assets   Totals** (Excluding unknown values) | **$372,425.00** | **$13,569.00** | | **$9,209.07** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE PURSUING RECOVERY OF CONVERTED TAX REFUND BY DEBTOR.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2008   **Current Projected Date Of Final Report (TFR):**   December 31, 2010

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-70526  
**Case Name:** ORTIZ, JOSE ANTONIO, JR.  
**Taxpayer ID #:** **-***7921  
**Period Ending:** 04/28/10  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****06-65 - Money Market Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/21/08 | {9} | JOSE ANTONIO ORTIZ, JR. | TAX REFUND | 1224-000 | 4,000.00 | | 4,000.00 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2700% | 1270-000 | 0.20 | | 4,000.20 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 0.79 | | 4,000.99 |
| 06/02/08 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2008 FOR CASE #08-70526, BOND #016018067 | 2300-000 | | 4.22 | 3,996.77 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 0.81 | | 3,997.58 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 0.81 | | 3,998.39 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 0.76 | | 3,999.15 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 0.84 | | 3,999.99 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 0.77 | | 4,000.76 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1300% | 1270-000 | 0.47 | | 4,001.23 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.35 | | 4,001.58 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.19 | | 4,001.77 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.18 | | 4,001.95 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.21 | | 4,002.16 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.19 | | 4,002.35 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.19 | | 4,002.54 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.21 | | 4,002.75 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.20 | | 4,002.95 |
| 08/13/09 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2009 FOR CASE #08-70526, BOND #016018067 06/01/09-06/01/10 | 2300-000 | | 3.01 | 3,999.94 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.20 | | 4,000.14 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 4,000.33 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,000.49 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,000.65 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,000.81 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 4,000.96 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 4,001.11 |
| 03/03/10 | {9} | Jose Antonio Ortiz, Jr. | Payment on Converted Funds | 1224-000 | 4,718.00 | | 8,719.11 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 8,719.46 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.05 | | 8,719.51 |
| 04/06/10 | | Wire out to BNYM account 9200******0665 | Wire out to BNYM account 9200******0665 | 9999-000 | -8,719.51 | | 0.00 |

Subtotals : $7.23    $7.23

{} Asset reference(s) 

Printed: 04/28/2010 01:44 PM    V.12.08

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 08-70526 | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** ORTIZ, JOSE ANTONIO, JR. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****06-65 - Money Market Account |
| **Taxpayer ID #:** **-***7921 | **Blanket Bond:** $552,000.00 (per case limit) |
| **Period Ending:** 04/28/10 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 7.23 | 7.23 | $0.00 |
| | | | Less: Bank Transfers | | -8,719.51 | 0.00 | |
| | | | **Subtotal** | | 8,726.74 | 7.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,726.74** | **$7.23** | |

{} Asset reference(s)

Printed: 04/28/2010 01:44 PM    V.12.08

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-70526  
**Case Name:** ORTIZ, JOSE ANTONIO, JR.  
**Taxpayer ID #:** **-***7921  
**Period Ending:** 04/28/10

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-65 - Money Market Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0665 | Wire in from JPMorgan Chase Bank, N.A. account ********0665 | 9999-000 | 8,719.51 | | 8,719.51 |
| 04/12/10 | {9} | Jose Ortiz | Pymt on Converted Tax Refund that was not scheduled originally | 1224-000 | 482.00 | | 9,201.51 |
| 04/28/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.33 | | 9,201.84 |
| 04/28/10 | | To Account #9200******0666 | Transfer for Final Report | 9999-000 | | 9,201.84 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,201.84 | 9,201.84 | $0.00 |
| | | | Less: Bank Transfers | | 8,719.51 | 9,201.84 | |
| | | | **Subtotal** | | 482.33 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$482.33** | **$0.00** | |

{} Asset reference(s)

Printed: 04/28/2010 01:44 PM    V.12.08

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 08-70526  
**Case Name:** ORTIZ, JOSE ANTONIO, JR.  

**Taxpayer ID #:** **-***7921  
**Period Ending:** 04/28/10  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-66 - Checking Account  
**Blanket Bond:** $552,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/28/10 | | From Account #9200******0665 | Transfer for Final Report | 9999-000 | 9,201.84 | | 9,201.84 |
| | | | **ACCOUNT TOTALS** | | 9,201.84 | 0.00 | **$9,201.84** |
| | | | Less: Bank Transfers | | 9,201.84 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****06-65** | 8,726.74 | 7.23 | 0.00 |
| **MMA # 9200-******06-65** | 482.33 | 0.00 | 0.00 |
| **Checking # 9200-******06-66** | 0.00 | 0.00 | 9,201.84 |
| | $9,209.07 | $7.23 | $9,201.84 |

{} Asset reference(s)

Printed: 04/28/2010 01:44 PM    V.12.08

# Claims Proposed Distribution

### Case: 08-70526   ORTIZ, JOSE ANTONIO, JR.

Report Includes ONLY Claims with a Proposed Distribution

| **Case Balance:** | $9,201.84 | **Total Proposed Payment:** | $9,201.84 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 38.97 | 38.97 | 0.00 | 38.97 | 38.97 | 9,162.87 |
|  | <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 5,677.50 | 5,677.50 | 0.00 | 5,677.50 | 5,677.50 | 3,485.37 |
|  | <3110-00  Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
|  | BERNARD J. NATALE | Admin Ch. 7 | 1,670.91 | 1,670.91 | 0.00 | 1,670.91 | 1,670.91 | 1,814.46 |
|  | <2100-00  Trustee Compensation> | | | | | | | |
| 1 | TARGET NATIONAL BANK | Unsecured | 471.07 | 471.07 | 0.00 | 471.07 | 136.04 | 1,678.42 |
| 2 | eCAST Settlement Corporation assignee of | Unsecured | 5,812.14 | 5,812.14 | 0.00 | 5,812.14 | 1,678.42 | 0.00 |
|  | **Total for Case 08-70526 :** | | **$13,670.59** | **$13,670.59** | **$0.00** | **$13,670.59** | **$9,201.84** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $7,387.38 | $7,387.38 | $0.00 | $7,387.38 | 100.000000% |
| **Total Unsecured Claims :** | $6,283.21 | $6,283.21 | $0.00 | $1,814.46 | 28.877914% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-70526
Case Name: ORTIZ, JOSE ANTONIO, JR.
Trustee Name: BERNARD J. NATALE

Claims of secured creditors will be paid as follows:

*Claimant*                                                              *Proposed Payment*
                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BERNARD J. NATALE | $ 1,670.91 | $ |
| Attorney for trustee | BERNARD J. NATALE, LTD. | $ 5,677.50 | $ 38.97 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                           *Fees*                     *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

*Attorney for debtor*  _____  $_____  $_____
*Attorney for*          _____  $_____  $_____
*Accountant for*        _____  $_____  $_____
*Appraiser for*         _____  $_____  $_____
*Other*                 _____  $_____  $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                            *Allowed Amt. of Claim*   *Proposed Payment*

                        N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,283.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.9 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | TARGET NATIONAL BANK | $ 471.07 | $ 136.04 |
| 2 | eCAST Settlement Corporation assignee of | $ 5,812.14 | $ 1,678.42 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                            *Allowed Amt. of Claim*   *Proposed Payment*

**UST Form 101-7-TFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                        Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**