UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: ORTIZ, JOSE ANTONIO, JR.     § Case No. 08-70526
                                    §
                                    §
Debtor(s)                           §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
211 South Court Street
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 06/02/2010 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated:  04/28/2010          By:  /s/BERNARD J. NATALE
                                      Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

UST Form 101-7-NFR (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: ORTIZ, JOSE ANTONIO, JR. § Case No. 08-70526
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,209.07 |
| *and approved disbursements of* | $ 7.23 |
| *leaving a balance on hand of* [1] | $ 9,201.84 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*
                                    N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | BERNARD J. NATALE | $ 1,670.91 | $ |
| *Attorney for trustee* | BERNARD J. NATALE, LTD. | $ 5,677.50 | $ 38.97 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                       *Fees*              *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,283.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.9 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | TARGET NATIONAL BANK | $ 471.07 | $ 136.04 |
| 2 | eCAST Settlement Corporation assignee of | $ 5,812.14 | $ 1,678.42 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*
                                 N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.


Prepared By:  /s/BERNARD J. NATALE
              Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman              Page 1 of 1                  Date Rcvd: May 03, 2010
Case: 08-70526                Form ID: pdf006             Total Noticed: 25

The following entities were noticed by first class mail on May 05, 2010.
db           +Jose Antonio Ortiz, Jr.,    1360 Hazelwood,    Belvidere, IL 61008-7012
aty          +Nathan E Curtis,   Geraci Law, LLC,    55 E. Monroe St. # 3400,    Chicago, IL 60603-5920
tr           +Bernard J Natale,   Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
11982306     +Alan Arps MD,   Attn: Bankruptcy Dept.,    c/o Certified Services,    128 Madison,
               Waukegan, IL 60085-4312
11982303     +Allied Interstate,    Bankruptcy Department,    15 Hazelwood Drive, Ste. 102,
               Amherst, NY 14228-2229
11982291     +Beatriz Gomez,   1360 Hazelwood Dr,    Belvidere IL 61008-7012
11982295     +Beneficial,   Bankruptcy Dept,    PO Box 1547,    Chesapeake, VA 23327-1547
11982296     +Capital One,   Bankruptcy Dept.,    1957 Westmoreland Road,    Richmond, VA 23276-0001
11982307     +Certified Services, Inc.,    Attn: Bankruptcy Dept.,    PO Box 177,   Waukegan, IL 60079-0177
11982292     +Fremont Investment & Loan,    Attn: Bankruptcy Dept.,    175 N Riverview Dr,
               Anaheim, CA 92808-1225
11982304     +Great Elgin Emergency Spc,    Attn: Bankruptcy Dept.,    PO Box 63,   Kankakee, IL 60901-0063
11982297     +HSBC NV,   Bankruptcy Department,    12447 SW 69th Ave.,    Tigard, OR 97223-8517
11982309     +NCO Financial Systems, Inc,    Bankruptcy Department,    507 Prudential Rd.,
               Horsham, PA 19044-2308
11982298     +Sears,   Bankruptcy Department,    PO Box 182156,    Columbus, OH 43218-2156
11982301     +Sherman Hospital,    Attn: Bankruptcy Dept.,    c/o Harris & Harris,
               600 West Jackson Blvd Ste 400,    Chicago, IL 60661-5675
11982302     +Sprint,   Bankruptcy Department,    c/o Allied Interstate,    3000 Corporate Exchange Dr,
               Columbus, OH 43231-7689
12162979     +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11982300     +Target National Bank,    Bankruptcy Dept.,    PO Box 59317,   Minneapolis, MN 55459-0317
11982290     +Toyota Motor Credit Company,    Bankruptcy Department,    PO Box 5726,   Hopkins, MN 55343-5726
11982308      Uhaul,   Attn: Bankruptcy Dept.,    c/o NCO Financial,    Philadelphia, PA 19101
11982294     +Washington Mutual Home Loans,    Attn: Bankruptcy Dept.,    PO Box 44118,
               Jacksonville, FL 32231-4118
12390208      eCAST Settlement Corporation assignee of,    Household Finance Corporation Beneficial,   POB 35480,
               Newark NJ 07193-5480

The following entities were noticed by electronic transmission on May 03, 2010.
11982310     +E-mail/PDF: CBP@AGFINANCE.COM May 04 2010 00:31:29     American General Finance,
               Bankruptcy Department,    575 N McLean Blvd,    Elgin, IL 60123-3243
11982305     +E-mail/Text: Jboyd@creditorscollection.com                           Credit Collection Bureau,
               Attn: Bankruptcy Department,    755 Almar Pkwy,    Bourbonnais, IL 60914-2392
11982299     +E-mail/PDF: bankruptcyverizonwireless@afninet.com May 04 2010 00:28:01     Verizon Wireless,
               Bankruptcy Department,    PO Box 790406,    Saint Louis, MO 63179-0406
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,   Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
11983534*    +Beatriz Gomez,   1360 Hazelwood Dr,    Belvidere, Il 61008-7012
11982293*    +Fremont Investment & Loan,    Attn: Bankruptcy Dept.,    175 N Riverview Dr,
               Anaheim, CA 92808-1225
                                                                                              TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 05, 2010**          **Signature:** *Joseph Speetjens*