**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: ORTIZ, JOSE ANTONIO, JR.      § Case No. 08-70526
                                     §
                                     §
Debtor(s)                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $372,425.00            Assets Exempt:   $21,550.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,814.46     Claims Discharged
                                               Without Payment:  $4,468.75

Total Expenses of Administration: $7,394.61

3) Total gross receipts of $    9,209.07    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $9,209.07 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $338,936.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,394.61 | 7,394.61 | 7,394.61 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 13,805.00 | 6,283.21 | 6,283.21 | 1,814.46 |
| **TOTAL DISBURSEMENTS** | $352,741.00 | $13,677.82 | $13,677.82 | $9,209.07 |

    4)  This case was originally filed under Chapter 7 on February 26, 2008. The case was pending for 36 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/22/2011           By: /s/BERNARD J. NATALE
                                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUND | 1224-000 | 9,200.00 |
| Interest Income | 1270-000 | 9.07 |
| **TOTAL GROSS RECEIPTS** | | **$9,209.07** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Fremont Investment & Loan | 4110-000 | 138,000.00 | N/A | N/A | 0.00 |
| 4 | Fremont Investment & Loan | 4110-000 | 34,654.00 | N/A | N/A | 0.00 |
| 5 | Toyota Motor Credit Company | 4210-000 | 8,543.00 | N/A | N/A | 0.00 |
| 6 | Washington Mutual Home Loans | 4110-000 | 157,739.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$338,936.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 38.97 | 38.97 | 38.97 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 5,677.50 | 5,677.50 | 5,677.50 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,670.91 | 1,670.91 | 1,670.91 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 4.22 | 4.22 | 4.22 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 3.01 | 3.01 | 3.01 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 7,394.61 | 7,394.61 | 7,394.61 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TARGET NATIONAL BANK | 7100-000 | N/A | 471.07 | 471.07 | 136.04 |
| 2 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 5,812.14 | 5,812.14 | 1,678.42 |
| 7 | Alan Arps MD | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| 8 | American General Finance | 7100-000 | 3,200.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | Beneficial | 7100-000 | 4,800.00 | N/A | N/A | 0.00 |
| 10 | Capital ONe | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| 11 | Great Elgin Emergency Services | 7100-000 | 280.00 | N/A | N/A | 0.00 |
| 12 | HSBC NV | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| 13 | Sears | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| 14 | Sherman Hospital | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| 15 | Sprint | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| 16 | Uhaul | 7100-000 | 225.00 | N/A | N/A | 0.00 |
| 17 | Verizon Wireless | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 13,805.00 | 6,283.21 | 6,283.21 | 1,814.46 |

Case 08-70526    Doc 58    Filed 03/10/11    Entered 03/10/11 16:44:14    Desc Main
Document    Page 5 of 10

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-70526  
**Case Name:** ORTIZ, JOSE ANTONIO, JR.

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/26/08 (f)  
**§341(a) Meeting Date:** 03/27/08  

**Period Ending:** 02/22/11

**Claims Bar Date:** 07/10/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Hazelwood Belvidere, IL 61008 (Debtor's Fee Simp | 180,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Elgin, IL 60123, SURRENDER | 178,000.00 | 2,461.00 | DA | 0.00 | FA |
| 3 | CHECKING ACCOUNT W/THE BELVIDERE BANK | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | BOOKS, COMPACT DISCS, TAPES/RECORDS | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | NECESSARY WEARING APPAREL | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | EARRINGS. WATCH, COSTUME JEWELRY | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | TERM LIFE INSURANCE - NO CASH SURRENDER VALUE | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | TAX REFUND (u) | 0.00 | 10,533.00 | | 9,200.00 | FA |
| 10 | TMCC - 2003 TOYOTA MATRIX W/37,000 MILES | 9,700.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1998 CHEVROLET METRO W/98K MILES | 2,775.00 | 575.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 9.07 | FA |
| 12 | Assets Totals (Excluding unknown values) | **$372,425.00** | **$13,569.00** | | **$9,209.07** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE PURSUING RECOVERY OF CONVERTED TAX REFUND BY DEBTOR.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2008      **Current Projected Date Of Final Report (TFR):**   April 28, 2010  (Actual)

Exhibit 9

# FORM 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-70526  
**Case Name:** ORTIZ, JOSE ANTONIO, JR.  
**Taxpayer ID #:** **-***7921  
**Period Ending:** 02/22/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****06-65 - Money Market Account  
**Blanket Bond:** $552,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/21/08 | {9} | JOSE ANTONIO ORTIZ, JR. | TAX REFUND | 1224-000 | 4,000.00 | | 4,000.00 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2700% | 1270-000 | 0.20 | | 4,000.20 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 0.79 | | 4,000.99 |
| 06/02/08 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2008 FOR CASE #08-70526, BOND #016018067 | 2300-000 | | 4.22 | 3,996.77 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 0.81 | | 3,997.58 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 0.81 | | 3,998.39 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 0.76 | | 3,999.15 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 0.84 | | 3,999.99 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 0.77 | | 4,000.76 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1300% | 1270-000 | 0.47 | | 4,001.23 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.35 | | 4,001.58 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.19 | | 4,001.77 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.18 | | 4,001.95 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.21 | | 4,002.16 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.19 | | 4,002.35 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.19 | | 4,002.54 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.21 | | 4,002.75 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.20 | | 4,002.95 |
| 08/13/09 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2009 FOR CASE #08-70526, BOND #016018067 06/01/09-06/01/10 | 2300-000 | | 3.01 | 3,999.94 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.20 | | 4,000.14 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 4,000.33 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,000.49 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,000.65 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,000.81 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 4,000.96 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 4,001.11 |
| 03/03/10 | {9} | Jose Antonio Ortiz, Jr. | Payment on Converted Funds | 1224-000 | 4,718.00 | | 8,719.11 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 8,719.46 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.05 | | 8,719.51 |
| 04/06/10 | | Wire out to BNYM account 9200******0665 | Wire out to BNYM account 9200******0665 | 9999-000 | -8,719.51 | | 0.00 |

Subtotals :     $7.23          $7.23

{} Asset reference(s)

Printed: 02/22/2011 02:26 PM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-70526 | Trustee: | BERNARD J. NATALE (330370) |
| --- | --- | --- | --- |
| Case Name: | ORTIZ, JOSE ANTONIO, JR. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****06-65 - Money Market Account |
| Taxpayer ID #: | **-***7921 | Blanket Bond: | $552,000.00  (per case limit) |
| Period Ending: | 02/22/11 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 7.23 | 7.23 | $0.00 |
| | | | Less: Bank Transfers | | -8,719.51 | 0.00 | |
| | | | **Subtotal** | | 8,726.74 | 7.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,726.74** | **$7.23** | |

{} Asset reference(s)

Printed: 02/22/2011 02:26 PM   V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 08-70526 | | **Trustee:** | BERNARD J. NATALE (330370) |
| **Case Name:** | ORTIZ, JOSE ANTONIO, JR. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******06-65 - Money Market Account |
| **Taxpayer ID #:** | **-***7921 | | **Blanket Bond:** | $552,000.00 (per case limit) |
| **Period Ending:** | 02/22/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0665 | Wire in from JPMorgan Chase Bank, N.A. account ********0665 | 9999-000 | 8,719.51 | | 8,719.51 |
| 04/12/10 | {9} | Jose Ortiz | Pymt on Converted Tax Refund that was not scheduled originally | 1224-000 | 482.00 | | 9,201.51 |
| 04/28/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.33 | | 9,201.84 |
| 04/28/10 | | To Account #9200******0666 | Transfer for Final Report | 9999-000 | | 9,201.84 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,201.84 | 9,201.84 | $0.00 |
| | | | Less: Bank Transfers | | 8,719.51 | 9,201.84 | |
| | | | **Subtotal** | | 482.33 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$482.33** | **$0.00** | |

{} Asset reference(s)  Printed: 02/22/2011 02:26 PM    V.12.56

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 08-70526 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | ORTIZ, JOSE ANTONIO, JR. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******06-66 - Checking Account |
| Taxpayer ID #: | **-***7921 | | Blanket Bond: | $552,000.00   (per case limit) |
| Period Ending: | 02/22/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/28/10 | | From Account #9200******0665 | Transfer for Final Report | 9999-000 | 9,201.84 | | 9,201.84 |
| 04/29/10 | | From Account #92000111980665 | Reconcile Transfer | 9999-000 | 0.01 | | 9,201.85 |
| 06/02/10 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,670.91, Trustee Compensation; Reference: | 2100-000 | | 1,670.91 | 7,530.94 |
| 06/02/10 | 102 | TARGET NATIONAL BANK | Distribution paid 28.87% on $471.07; Claim# 1; Filed: $471.07; Reference: 4690 | 7100-000 | | 136.04 | 7,394.90 |
| 06/02/10 | 103 | eCAST Settlement Corporation assignee of | Distribution paid 28.87% on $5,812.14; Claim# 2; Filed: $5,812.14; Reference: 4644 | 7100-000 | | 1,678.42 | 5,716.48 |
| 06/02/10 | 104 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 5,716.47 | 0.01 |
| | | | Dividend paid 100.00%    5,677.50 on $5,677.50;  Claim# ATTY; Filed: $5,677.50 | 3110-000 | | | 0.01 |
| | | | Dividend paid 100.00%    38.97 on $38.97;  Claim# EXP; Filed: $38.97 | 3120-000 | | | 0.01 |
| 09/30/10 | | Bank | To correct transfer error by bank | 9999-000 | -0.01 | | 0.00 |
| 10/27/10 | | Bank | Correct Deposite Rev | 9999-000 | 0.01 | | 0.01 |
| 10/27/10 | | Bank | To Correct Last to Entries | 9999-000 | -0.01 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,201.84 | 9,201.84 | $0.00 |
| | | | Less: Bank Transfers | | 9,201.84 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 9,201.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$9,201.84** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****06-65** | 8,726.74 | 7.23 | 0.00 |
| **MMA # 9200-******06-65** | 482.33 | 0.00 | 0.00 |
| **Checking # 9200-******06-66** | 0.00 | 9,201.84 | 0.00 |
| | $9,209.07 | $9,209.07 | $0.00 |

{} Asset reference(s)

Printed: 02/22/2011 02:26 PM     V.12.56